IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 12-193 |
| v. ) | |
| ) | |
| WILLIS WHEELER ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Dziedzic, Special Agent, Federal Bureau of Investigation, Pittsburgh, Pennsylvania, United States Department of Justice, hereinafter referred to as the Affiant, being duly sworn state.

I am employed as a Special Agent of the Federal Bureau of Investigation (FBI) and assigned to the Pittsburgh Division since July 2009. My current assignment is the investigation of violent crimes and drug law violations.

On March 14, 2012, fellow agents of the FBI and other law enforcement officers executed search warrants of the person, the vehicle, and the residence of Willis Wheeler.

During the execution of the vehicle driven by Wheeler, agents found three plastic bags containing suspected heroin. The quantity of heroin involved is consistent with the distribution of heroin and not the personal use of heroin. Wheeler was the only person in the vehicle at that time of the execution of the search warrant. I therefore have probable cause to believe that Bush has violated 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

During the execution of the search warrant of Wheeler's residence, agents found between $20,000 to $30,000 in cash and a Ruger firearm. Based on my discussion with Kevin Kaufman, Special Agent with the Bureau of Alcohol Tobacco and firearms, Rugers are manufactured outside the Commonwealth of Pennsylvania. Based on discussions with other federal agents, I

am aware that Wheeler is currently under supervised release for a prior felony drug distribution conviction. Individuals on supervised release are precluded for possession firearms and narcotics. Based on the above, I have probable to believe that Wheeler violated 18 U.S.C. § 922(g)(1) and the conditions of his supervised release.

John Dziedzic
Special Agent

Sworn to before me this 14th
day of March, 2012.

UNITED STATES MAGISTRATE JUDGE
Western District of Pennsylvania