## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )
                                )
                                )  Case No. *12-193M*

    Willis Wheeler            )
          Defendant.        )

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_____
**DEFENDANT**

DATE: 3/14/12

_____
**COUNSEL FOR DEFENDANT**

**ORDER**

AND NOW, this 21 day of March 2012

IT IS HEREBY ORDERED that the government's motion for detention is granted pending further consideration if and when the issue of bail becomes relevant.

_____
Cynthia Reed Eddy
United States Magistrate Judge